UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK NASUTI <br>     Plaintiff <br><br> V. <br><br> AQUA KING FISHERY, LLC <br>     Defendant | Civil Action <br><br> No. _____ |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

### General Factual Allegations

1. The Plaintiff, Mark Nasuti, is a resident of New Bedford, County of Bristol, State/Commonwealth of Massachusetts.

2. The Defendant, Aqua King Fishery, LLC, is a Limited Liability Company, duly organized and existing under the laws of the Commonwealth of Massachusetts.

3. On or about February 10, 2019, the Defendant, Aqua King Fishery, LLC, was doing business within the Commonwealth of Massachusetts.

4. On or about February 10, 2019, the Plaintiff, Mark Nasuti, was employed by the Defendant, Aqua King Fishery, LLC

5. On or about February 10, 2019, the Plaintiff, Mark Nasuti, was employed by the Defendant, Aqua King Fishery, LLC, as a seaman, and a member of the crew of the F/V SENTINEL.

6. On or about February 10, 2019, the Defendant, Aqua King Fishery, LLC, owned the F/V SENTINEL.

7. The Defendant, Aqua King Fishery, LLC, chartered the F/V SENTINEL from some other person or entity such that on or about February 10, 2019 the Defendant, Aqua King Fishery, LLC was the owner pro hac vice of the F/V SENTINEL.

8. On or about February 10, 2019, the Defendant, Aqua King Fishery, LLC, operated the F/V SENTINEL.

9. On or about February 10, 2019, the Defendant, Aqua King Fishery, LLC, or the Defendant's agents, servants, and/or employees, controlled the F/V SENTINEL.

10. On or about February 10, 2019, the F/V SENTINEL was in navigable waters.

11. On or about February 10, 2019, while in the in the performance of his duties in the service of the F/V SENTINEL, the Plaintiff, Mark Nasuti, sustained personal injuries.

12. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Mark Nasuti, was exercising due care.

## Jurisdiction

13. Pursuant to 28 U.S.C. §1331, this Court has original subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §30104, et. seq. (formerly §688 et. seq.).

14. Pursuant to 28 U.S.C. §1367, this Court has and Plaintiff invokes supplemental jurisdiction over the Unseaworthiness and Maintenance & Cure Claims asserted by the Plaintiff within Counts II, III, and IV of this Complaint. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1332.

## COUNT I

### Mark Nasuti v. Aqua King Fishery, LLC

**(JONES ACT NEGLIGENCE)**

15. The Plaintiff, Mark Nasuti, reiterates the allegations set forth in paragraphs 1 through 14 above.

16. The personal injuries sustained by the Plaintiff, Mark Nasuti, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

17. As a result of said injuries, the Plaintiff, Mark Nasuti, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

18. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, Mark Nasuti, demands judgment against the Defendant, Aqua King Fishery, LLC, in an amount to be determined by a jury together with interest and costs.

## COUNT II

### Mark Nasuti v. Aqua King Fishery, LLC

**(GENERAL MARITIME LAW  -  UNSEAWORTHINESS)**

19. The Plaintiff, Mark Nasuti, reiterates the allegations set forth in paragraphs 1 through 14 above.

20. The personal injuries sustained by the Plaintiff, Mark Nasuti, were due to no fault

of his, but were caused by the Unseaworthiness of the F/V SENTINEL.

21. As a result of said injuries, the Plaintiff, Mark Nasuti has, suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

22. This cause of action is brought under the General Maritime Law for Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, Mark Nasuti, demands judgment against the Defendant, Aqua King Fishery, LLC, in an amount to be determined by a jury together with interest and costs.

## COUNT III

### Mark Nasuti v. Aqua King Fishery, LLC

**(GENERAL MARITIME LAW - MAINTENANCE and CURE)**

23. The Plaintiff, Mark Nasuti, reiterates all of the allegations set forth in Paragraphs 1 through 14 above.

24. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Mark Nasuti, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, Mark Nasuti, demands judgment against the Defendant, Aqua King Fishery, LLC, in the amount of $15,000 for maintenance and cure, together with costs and interest.

## COUNT IV

### Mark Nasuti vs. Aqua King Fishery, LLC

**(GENERAL MARITIME LAW/JONES ACT - INTENTIONAL/NEGLIGENT FAILURE TO PROVIDE MAINTENANCE and CURE)**

25.     The Plaintiff, Mark Nasuti, reiterates the allegations set forth in paragraphs 1 through 14 above.

26.     As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Mark Nasuti, has incurred and will continue to incur expenses for his maintenance and cure.

27.     The Plaintiff, Mark Nasuti, has made demand upon the Defendant, Aqua King Fishery, LLC, for the provision of maintenance and cure.

28.     The Defendant, Aqua King Fishery, LLC, has negligently, willfully, arbitrarily, and/or unreasonably failed to provide the Plaintiff with maintenance and cure in a timely and adequate manner.

29.     As a result of the Defendant's failure to provide the Plaintiff maintenance and cure, the Plaintiff has sustained and will continue to sustain damages, including without limitation, pain of body and anguish of mind, lost time from his usual work and pursuits, medical and hospital expenses, attorneys fees, and has sustained and will sustain other damages as will be shown at trial.

   WHEREFORE, the Plaintiff, Mark Nasuti, demands judgment against the Defendant, Aqua King Fishery, LLC, in an amount to be determined by a jury as compensatory damages and punitive damages for failure to pay maintenance and cure, together with costs, interest, and reasonable attorneys fees.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

**RAISED IN COUNTS, I, II, III AND IV.**

        Respectfully submitted for the
        the Plaintiff, Mark Nasuti,
        by his attorney,

        /s/ David F. Anderson
        David F. Anderson, BBO 560994
        Latti & Anderson LLP
        30-31 Union Wharf
        Boston, MA 02109
        (617) 523-1000
        DAnderson@LattiAnderson.com

Dated: February 9, 2022